**Rita SLOANE**

v.

**Shirley E. BATON.**

No. 85–19–M.P.

Supreme Court of Rhode Island.
June 13, 1985.

Peter D. Nolan, Coventry, for plaintiff.

Frank J. Williams, Michael Ursillo, Providence, for defendant.

**440**

## ORDER

Since the agreed statement of facts submitted in support of this petition does not disclose any political motivation for petitioner's alleged removal from office, the petition in equity in the nature of quo warranto is hereby denied.